## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

**TIMMY SAO**

          Defendant.

CR NO: 2:18-CR-00211-JAM

## APPLICATION FOR WRIT OF HABEAS CORPUS
The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum           ☐ Ad Testificandum

Name of Detainee:   Timmy Sao

Detained at   San Joaquin County Jail

Detainee is:     a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
                    charging detainee with:   18 U.S.C. § 922(o)

    or    b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
    or    b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                 is currently being served at the detaining facility
*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                  /s/ Cameron L. Desmond
Printed Name & Phone No:    Cameron L. Desmond, (916) 554-2771
Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum           ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
Dated:  October 19, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if

Booking or CDC #:   18-15041

Facility Address:   7000 Michael Canlis Blvd
                   French Camp, CA 95231

Facility Phone:   (209) 468-4400

Currently
Incarcerated For:

☒Male  ☐Female
DOB:  2/21/2000
Race:   Cambodian

FBI#:   LT99VPPA0

**RETURN OF**

(signature)