| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | TIMMY SAO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-211 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| TIMMY SAO, | DATE: February 5, 2019 |
| | TIME: 9:15 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Timmy Sao, that the status conference scheduled for February 5, 2019 be vacated and be continued to February 12, 2019 at 9:15 a.m.

The government has produced discovery to defense counsel in this case. The government will make available for inspection the police body camera video. The grounds for this continuance are that defense counsel requires additional time review and inspect this discovery, to prepare and investigate the allegations made in this case, and to otherwise prepare for trial.

Defense counsel also requires additional time to pursue investigation, develop mitigation evidence, as well as confer with the government regarding a negotiated resolution.

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including February 12, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare and continuity of counsel] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 29, 2019      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorneys for TIMMY SAO

DATED: January 29, 2019      MCGREGOR W. SCOTT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant United States Attorney
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 12, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare and continuity of counsel] and General Order 479, (Local Code T4). **It is further ordered** the February 5, 2019 status conference shall be continued until February 12, 2019, at 9:15 a.m.

Dated: January 29, 2019 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge